**42 U.S.C. §1983**

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### ✲ CIVIL RIGHTS COMPLAINT ✲

__Solomon Maye__
__"PRO SE"__,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

__State's Attorney,__
__David J. Strollo__

__Being Sued__
__in "Official, and__
__Individual Capacities."__

Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

Case No. __3:21-cv-0527 (AVC)__
(To be supplied by the court)

__JURY TRIAL REQUESTED.__

### A. PARTIES

1. __Solomon Maye__ is a citizen of __CONN.__ who
   (Plaintiff)                                         (State)
   presently resides at __114 Sheldon Terrace, New Haven, CT. 06511__
   (mailing address)

2. Defendant __David J. Strollo__ is a citizen of __CONN.__
   (name of first defendant)                          (State)
   whose address is __121 Elm St. New Haven, CT. 06511__,
   and who is employed as __Supervisory State's Atty.__
   (title and place of employment)
   __of New Haven Courthouse.__

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ____ No. If your answer is "Yes," briefly explain:

STROLLO WAS ACTING PURSUANT TO HIS "AUTHORITY" AS A STATE ATTORNEY, UNDER CT. STATE LAW.

3. Defendant _____ is a citizen of _____
             (name of second defendant)                        (State)

whose address is _____

and who is employed as _____
                        (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____ Yes ____ No. If your answer is "Yes," briefly explain:

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

    ✓   42 U.S.C. § 1983 (applies to state defendants)

    ____  **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

CONN. GEN. STAT. § 47a-42a(a), VIOLATED, CONN. GEN. STAT. § 47a-46.
CONN. GEN. STAT. § 53a-214.

2

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

SEE: ATTACHED TWO PAGES "FACTS."

→ SEE: ATTACHED FIVE PAGES OF THE 7/28/17 NEW HAVEN REGISTER "ARTICLE."

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** STROLLO (VIOLATED) C.G.S. § 47a-42a(a), AND, THE 4TH — 14TH AMENDMENTS TO THE UNITED STATES CONSTITUTION.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

SEE: ATTACHED TWO PAGES "FACTS."

SEE: ATTACHED JUDGE'S ORDER.
SEE: ATTACHED PEMBAUR CASE.

3

**Claim II:** _____

_____

_____

Supporting Facts:




**Claim III:** _____

_____

_____

Supporting Facts:

## E. REQUEST FOR RELIEF

I request the following relief:

*(A) $1,000,000 "COMPENSATORY DAMAGES" FROM STROLLO IN HIS INDIVIDUAL CAPACITY.

*(B) $500,000 "PUNITIVE DAMAGES" FROM STROLLO IN HIS INDIVIDUAL CAPACITY.

*(C) (ORDER) C.G.S. §47a-42a(a) TRAINING FOR STROLLO.

## F. JURY DEMAND

Do you wish to have a jury trial? Yes ✓   No ___

"PRO SE"
_____
Original signature of attorney (if any)

_____
Printed Name

_____
Attorney's full address and telephone

_____
Email address if available

[Plaintiff's Original Signature]   4/13/21

Printed Name: SOLOMON MAYE

114 SHELDON TERRACE
NEW HAVEN, CT. 06511
(203) 415-6812
Plaintiff's full address and telephone

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at NEW HAVEN (location) on 4/13/21 (date).

Plaintiff's Original Signature

(Rev. 3/21/16)

# *FACTS PAGE (1)

*① ON OR ABOUT SEPT. 4, 2020 N.H.P.D. DETECTIVES SOTO #553, CARR #552 AND FOLCH #516, WAS (CALLED) TO MY PLACE OF BUSINESS. LOCATED AT 746 ORCHARD STREET NEW HAVEN, CONN. BY DEVONNE CANADY. . . .

*② CANADY, AND I, WERE IN DISPUTE ABOUT POSSESSION OF THE PROPERTY, AS SHE HAD ME SERVED WITH A "NOTICE TO QUIT" ON OR ABOUT AUG. 12, 2020. NO EVICTION PAPERS.

*③ AS I WAS TRAINING FIVE CLIENTS, DETECTIVE CARR #552 CAME UP TO ME, AND SAID "ARE YOU SOLOMON MAYE?" I SAID "YES." I WAS TOLD BY CARR THAT I HAD TO LEAVE, OR I WOULD BE ARRESTED.

*④ I ASKED "WHY?" I MADE IT CLEAR I HAD A LEASE AGREEMENT, WAS A TENANT, AND OPERATE MY "BUSINESS" HERE. NOTE: THIS IS ALL ON CLEAR VIDEO.

*⑤ DETECTIVES ACKNOWLEDGED I WAS A SUBLEASER, BUT CONTINUED TO (THREATEN) ME WITH JAIL, OR WORSE. I COOPERATED UNDER FORCE, AND LEFT MY BUSINESS, WITHOUT EVICTION PAPERS.

\* FACTS PAGE (2)

\*(6) THE (ACTIONS) OF THE DETECTIVES VIOLATED STATE LAW, AND CONSTITUTIONAL RIGHTS, AS NO "EVICTION ORDER" EXISTED:

\*(A) CONN. GEN. STAT. SECTION 47a-42a(a).

\*(B) SOLDAL VS. COOK COUNTY 506 U.S. 56 (1992).

\*(7) ON OR ABOUT SEPT. 11, 2020 I SET UP A MEETING WITH N.H.P.D. DETECTIVE → ETENNE. MY WIFE AND I WENT TO N.H.P.D.

\*(8) N.H.P.D. DETECTIVE ETENNE SAID THERE WAS NOTHING HE COULD DO, AS CONN. SUPERVISORY STATE'S ATTORNEY DAVID STROLLO HAD ORDERED — ADVISED THE N.H.P.D. TO PUT ME OUT, AND NOT LET ME BACK IN.

\*(9) STATE'S ATTORNEY STROLLO, AND I HAVE A BAD HISTORY, AS SHOWN IN THE 7/28/17 NEW HAVEN REGISTER ARTICLE. WHICH IS WHY ATTY. STROLLO ADVISED THE N.H.P.D. TO DO AN ILLEGAL "EVICTION."

\*(10) STATE'S ATTORNEY STROLLO WILL BE HELD "LIABLE" FOR HIS SINGLE ACT OF ORDERING — ADVISING ILLEGAL EVICTION.

\*(A) PEMBAUR 475 U.S. AT 484-485....

\*(11) STATE COURT JUDGE HAS RULED THE "EVICTION" WAS ILLEGAL, AND LET ME BACK IN THE BUILDING.