Subscribe    Sign In

Recommended

 As Ramadan fast begins, Muslims look to wisdom of

 New Haven to hold anonymous gun buyback event

 DEEP: Officials identify man pulled from pond as



NEWS

# Corruption fallout: Drug pleas withdrawn

Randall Beach

Updated: July 28, 2017 11:31 a.m.



NEW HAVEN -- A Superior Court judge Wednesday, apparently disturbed by the involvement of former police Lt. William White in a narcotics case, allowed a defendant to withdraw his guilty pleas to the charges.

Judge John Blawie could have sentenced Solomon Maye to a 48-year prison term, but instead granted defense attorney Diane Polan's motion to withdraw the pleas.

**ADVERTISEMENT**
Article continues below this ad

Supervisory Assistant State's Attorney David Strollo, who told Blawie the motion should not be granted, noted afterward that Maye still must face the charges in question, as well as a series of other narcotics charges from 2008 which are unrelated to Wednesday's ruling.

---

**GOING FAST!** | **Flash Sale** | 16 Weeks for 99¢     ACT NOW

"We're back to square one," Strollo said.



But Polan said after adjournment, "The judge granting this motion was very unusual. The judge clearly was so troubled by the Billy White issue and how tied up this case was with White's corruption."

White, who headed the police narcotics squad, is serving a 38-month sentence for stealing money planted by an undercover officer and taking cash kickbacks from three bail bondsmen. The scandal forced the narcotics squad to disband and disrupted a series of drug cases within the court system.

**ADVERTISEMENT**
Article continues below this ad

In her writ, Polan noted Maye was arrested on narcotics charges by New Haven police May 15, 2006. Polan said that night, White pulled Maye from the lock-up and aggressively asked him whether he had any information about a 1994 slaying of a witness or suspect in a double murder at St. Lawrence Cemetery in West Haven.

White believed the maternal uncle of Maye's child was involved in the killing, according to Polan.

The slayings of Gladys Punch and her brother, Warren Tarkington, who were shot and robbed while visiting a grave, remain unsolved, as does the related killing.

Although Maye told White he didn't know anything about the murder, White allegedly told him he could ensure Maye served no time on the narcotics charges if he helped gather information on the case. White also allegedly said he would make sure Maye served a great deal of time in jail if he did not cooperate, Polan said.

**ADVERTISEMENT**
Article continues below this ad

"White never told Solomon he had no authority to investigate a West Haven case," Polan said Wednesday. "This was how Billy White operated. If he thought he could squeeze somebody for information, he just did it."

Two months after the first arrest, Polan stated, New Haven police officers pulled over Maye in his car, kicked him, handcuffed him and put him into their cruiser.

At the police station, the officers allegedly conducted a "brutal" anal cavity search, but found no drugs on Maye. Nevertheless, he was arrested on narcotics charges.

White allegedly continued to pressure Maye to "get something" on his relative concerning the murder case. In January 2007, Maye finally relented and pleaded guilty to four narcotics charges, on the condition he could withdraw his plea and



plead guilty to lesser charges if he cooperated in the murder investigation.

According to Polan's writ, in February 2007, White introduced a new condition to his cooperation demand: He wanted Maye to help build a case against another individual for the cemetery killings.

White allegedly pressured Maye to re-establish a romantic relationship with the sister of the man White believed was involved with the killings. Maye agreed to wear a concealed wire to record his interactions with the people White was pursuing, according to Polan.

But then, in March 2007, White was arrested on federal corruption charges. Polan said the federal investigation revealed "a pattern of falsifying search and arrest warrants and planting evidence in homes and automobiles in order to justify false arrests."

Polan argued withdrawing Maye's pleas is justified because of White's conduct and because Maye "was not in possession of narcotics" during either of his 2006 arrests.

**MOST POPULAR**

1. West Haven police: Person dead after motor vehicle crash

2. Unforgivable sins? Here's a list

3. Q&A: When police officers confuse firearms

4. New Haven Police ID pedestrian killed in crash

5. Couple brings new Pan Asian Blue Orchid — and steaming bowls of kaw soy — to downtown New Haven

New Haven

6. Why CT health experts say COVID boosters will be the future

7. Richard Gilliland, Actor on 'Designing Women,' Dies at 71

But Strollo noted Maye faces an array of narcotics charges, including many from 2008, including operating a drug factory.

Strollo also said a pre-sentence investigation of the 2006 charges quoted Maye during a conversation with a probation officer "admitting he had drugs in both cases and that he knew it was wrong."

"Now," Strollo noted, "he says the drugs were planted."

Polan said she hadn't represented Maye in all the cases and so could not recall the specifics of the pre-sentence investigation.

Strollo noted the 2008 charges involved sales of narcotics to an undercover officer and had nothing to do with White, who by then was in prison.

Maye remains in jail, unable to post bail.

→ *Randall Beach can be reached at rbeach@nhregister.com or 789-5766.*

WARNING: Graphic content contained in document below

Motion to Withdraw

